

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00140-CV

**IN THE INTEREST OF J.A.O.**, et al., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01021
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  March 20, 2013

DISMISSED

Appellants have filed an unopposed "Motion for Non-Suit of Interlocutory Appeal." We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM